FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 OCT 30 AM 10: 53
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DEMETRIUS SMILEY and TONY BARGERON, <br><br> Plaintiffs, <br><br> v. <br><br> MIDWEST AIR TECHNOLOGIES, <br><br> Defendant. | CASE NO. CV413-081 |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of October 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA